■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY GRIER, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Deeley, J.), rendered January 19, 1981, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the facts, indictment dismissed and this case is remitted to the Supreme Court, Kings County, for the purpose of entering an order in its discretion pursuant to CPL 160.50. Upon a review of the record we conclude that the conviction was against the weight of the evidence (CPL 470.15, subd 5; see *People v Castillo,* 62 AD2d 938, revd on other grounds 47 NY2d 270). Titone, J. P., Lazer, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LEON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens Couny (Tsoucalas, J.), rendered November 26, 1980, convicting him of manslaughter in the second degree, upon a plea of guilty, and imposing an indeterminate sentence of imprisonment of from 5 to 15 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a period of imprisonment with a minimum of two years and a maximum of six years. As so modified, judgment affirmed. The sentence was excessive to the extent indicated herein. Gibbons, J. P., Gulotta, O'Connor and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLORIA MARTIN, Appellant. — Judgment of the Supreme Court, Kings County (Pizzuto, J.), rendered May 28, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gibbons, O'Connor and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN E. MERINO, Appellant. — Judgment of the County Court, Suffolk County (Harris, J.), rendered May 11,, 1981, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Weinstein, Thompson and Rubin, JJ., concur.